

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 14, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2007
```

By Facsimile
Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rafael Jimenez and Gilbert Cespedes,
07 Cr. 843 (DC)

Dear Judge Chin:

The Government writes to respectfully request an exclusion of time under the Speedy Trial Act in this matter, from today until November 30, 2007. The parties were scheduled to appear today before the Court for a pretrial conference. However, the defendants, who are in custody, were not produced. Therefore, the conference was rescheduled for November 30 at 2:30 p.m., a time convenient for the Court and the parties. An exclusion of time is in the interests of justice, and it outweighs the public's and the defendants' interests in a speedy trial, because it will allow the defendants to continue reviewing the discovery (which has been produced by the Government) and to consider filing any motions. I have spoken with counsel for both defendants, and both consent to the requested exclusion of time. Thank you for your consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jessica A. Masella
Assistant United States Attorney
Telephone: (212) 637-2288

**APPLICATION GRANTED.
SO ORDERED**

Denny Chin, U.S.D.J.
11/19/07

cc.: Roy Kulscar, Esq. (By Facsimile at 201.439.1478)
*Counsel for Gilbert Cespedes*
Howard Jacobs, Esq. (By Facsimile at 212.274.0109)
*Counsel for Rafael Jimenez*