<u>CERTIFICATE OF SERVICE</u>

Jessica A. Masella deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on July 22, 2008, she caused to be served a copy of the foregoing GOVERNMENT'S PROPOSED EXAMINATION OF PROSPECTIVE JURORS by ECF and Federal Express on:

Howard L. Jacobs, Esq.
401 Broadway
Suite 1902
New York, New York 10013

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

<u>/s/ JESSICA A. MASELLA</u>
Jessica A. Masella