```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                         ORDER
      -against-                      07 Cr. 843 (DC)

RAFAEL JIMENEZ

                       Defendant.
------------------------------------------------------------x

WHEREAS, HOWARD L. JACOBS, ESQ., has been appointed counsel in the above captioned criminal case, pursuant to the Criminal Justice Act to represent Rafael Jimenz, Reg. # 90060-054;

WHEREAS, Mr. Jacobs has requested that he be permitted to bring his cellphone into the Courthouse, 500 Pearl Street, New York for the duration of the trial commencing July 28, 2008;

THE COURT HEREBY AUTHORIZES Mr. Jacobs to bring his cellphone into the Courthouse 500 Pearl Street during the trial of *United States v. Jimenez*, 07 Cr. 843 (DC) commencing July 28, 2008 until approximately August 8, 2008.

Dated: New York, New York
       July 22 , 2008

                                                         UNITED STATES DISTRICT JUDGE
                                                         Sidney H. Stein