UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

RAFAEL JIMENEZ

                  Defendant.
-----------------------------------------------------x

ORDER
07 Cr. 843 (DC)

WHEREAS, HOWARD L. JACOBS, ESQ., has been appointed counsel in the above captioned criminal case, pursuant to the Criminal Justice Act to represent Rafael Jimenz, Reg. # 90060-054;

AND WHEREAS, Mr. Jacobs has requested that the Court authorize the Metropolitan Correctional Center, 150 Park Row, New York, New York, to receive, furnish to, and store Court clothes for Rafael Jimenez, Reg. # 90060-054, who will be on trial daily from July 28, 2008 until approximately August 8, 2008;

THE COURT HEREBY ORDERS that MCC accept trial clothes to the prison for Rafael Jimenez, Reg. # 90060-054, including shirts, pants, a suit, and shoes..

THE COURT FURTHER ORDERS THE UNITED STATES MARSHALS TO ACCEPT THE CLOTHES FOR MR. JIMENZ ON THE FIRST DAY OF TRIAL, JULY 28, 2008, AT THE COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK.

Dated: New York, New York
       July 22 , 2008

_____
UNITED STATES DISTRICT JUDGE
Sidney H. Stein