```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :   PRIOR FELONY INFORMATION
         - v. -                     :
                                    :   07 Cr. 843 (DC)
RAFAEL JIMENEZ,                     :
                                    :
               Defendant.           :
- - - - - - - - - - - - - - - - - -X
```

The United States Attorney charges:

1. On or about July 6, 2004, in Superior Court for the State of Connecticut, RAFAEL JIMENEZ, the defendant, was convicted upon a plea of guilty of a felony relating to narcotics drugs, namely, possession of narcotics, a felony, for which he received a sentence of two years' imprisonment, which was suspended.

2. Accordingly, RAFAEL JIMENEZ, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1), and 846.

(Title 21, United States Code, Section 851.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

RAFAEL JIMENEZ,
Defendant.

PRIOR FELONY INFORMATION

07 Cr. 843 (DC)

(Title 21, United States Code, Section 851.)

MICHAEL J. GARCIA
United States Attorney.